# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| CDI Energy Services, Inc., | ) | |
| | ) | **ORDER GRANTING MOTION TO** |
| Plaintiff, | ) | **APPEAR PRO HAC VICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| West River Pumps, Inc., John Martinson, | ) | |
| Dale Roller, and Kent Heinle, | ) | Case No. 1:07-cv-085 |
| | ) | |
| Defendants. | ) | |

___

Before the court is the Plaintiff's Motion for attorney Davi L. Hirsch to Appear Pro Hac Vice on its behalf. In accordance with Local Rule 79.1(D), Ms. Hirsch has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Ms. Hirsch has also paid the required admission fee to the office of the clerk. Accordingly, the Plaintiff's motion (Docket No. 3) is **GRANTED.** Ms. Hirsch is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 16th day of November, 2007.

>                     */s/ Charles S. Miller, Jr.*
>                     Charles S. Miller, Jr.
>                     United States Magistrate Judge