**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| CDI Energy Services, Inc., | ) | |
| | ) | **ORDER GRANTING MOTION TO** |
| Plaintiff, | ) | **APPEAR PRO HAC VICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| West River Pumps, Inc., John Martinson, | ) | |
| Dale Roller, and Kent Heinle, | ) | Case No. 1:07-cv-085 |
| | ) | |
| Defendants. | ) | |

_____

Before the court is the Plaintiff's Motion for attorney Joshua D. Holleb to Appear Pro Hac

Vice on its behalf. In accordance with Local Rule 79.1(D), Mr. Holleb has affirmed to submit to the

Local Rules of the United States District Court for the District of North Dakota and to the

jurisdiction of this court in matters of discipline. Mr. Holleb has also paid the required admission

fee to the office of the clerk. Accordingly, the Plaintiff's motion (Docket No. 5) is **GRANTED.** Mr.

Holleb is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 16th day of November, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge