**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| CDI Energy Services, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER EXTENDING THE** |
| | ) | **TEMPORARY RESTRAINING ORDER** |
| vs. | ) | |
| | ) | |
| West River Pumps, Inc., John Martinson, | ) | Case No. 1:07-cv-085 |
| Dale Roller, and Kent Heinle, | ) | |
| | ) | |
| Defendants. | ) | |

On November 20, 2007, the Court granted the plaintiff, CDI Energy Services, Inc.'s request for a temporary restraining order against the defendants, West River Pumps, Inc., John Martinson, Dale Roller, and Kent Heinle. See Docket No. 12. Under Rule 65 of the Federal Rules of Civil Procedure, a temporary restraining order may not exceed ten days unless, within the time fixed, the order is extended for good cause shown. Fed. R. Civ. P. 65(2)(b). Upon a showing of good cause, a temporary restraining order may be extended an additional ten (10) days. Fed. R. Civ. P. 65(2)(b). Pursuant to Rule 6 of the Federal Rules of Civil Procedure, the temporary restraining order issued on November 20, 2007, expires on December 5, 2007.

A show cause hearing on the pending motion for preliminary injunction was held on November 27, 2007, at which time the Defendants informed the Court that they had been retained within the last day and requested additional time to review the case and to file responsive briefs and affidavits. The Court granted the Defendants' request for additional time and set a deadline of November 30, 2007, to file briefs and affidavits, and gave the Plaintiff until December 7, 2007, to submit a reply. Because of the parties' requirements for additional time extending beyond the original expiration date of the temporary restraining order to sift through evidence and prepare briefs and responses, the Court finds

1

that good cause exists to extend the temporary restraining order.  Additionally, the Court requires a more complete record before ruling on the motion for preliminary injunction and a short extension will allow for the receipt and review of the Plaintiff's reply.  As a result, the Court **ORDERS** that the temporary restraining order against the Defendants shall be extended an additional ten (10) days for good cause until Wednesday, December 19, 2007.  The Court directs the Clerk of Court to serve this Order by regular means.  See Local Rule 65.2.

Dated this 3rd day of December, 2007.

/s/  Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court