**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| CDI Energy Services, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER (AMENDED) GRANTING** |
| | ) | **MOTION TO AMEND SCHEDULING** |
| vs. | ) | **ORDER** |
| | ) | |
| West River Pumps, Inc., John Martinson, | ) | |
| Dale Roller and Kent Heinle, | ) | Case No. 1:07-cv-085 |
| | ) | |
| Defendants. | ) | |

On August 27, 2008, the Defendants filed a Motion to Amend Scheduling Order. The court **GRANTS** the Defendants' motion (Docket No. 56). The scheduling order shall be amended as follows:

1. The parties shall have until February 1, 2009, to complete fact discovery and to file discovery motions. (The previous deadline was September 1, 2008.)

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    Plaintiff: February 15, 2009
    Defendant: March 17, 2009

    The reports are to be served on other parties, but not filed with the court. (The previous deadlines were September 15, 2008, and October 15, 2008, respectively.)

3. The parties shall have until April 30, 2009, to complete discovery depositions of expert witnesses. (The previous deadline was December 1, 2008.)

4.	The parties shall have until June 1, 2009, to file other dispositive motions (summary judgment as to all or part of the case). (The present deadline is November 14, 2008.)

**IT IS SO ORDERED.**

Dated this 5th day of September, 2008.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge