**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| CDI Energy Services, Inc., ) | |
| ) | **ORDER OF DISMISSAL** |
| Plaintiff, ) | |
| vs. ) | |
| ) | Case No. 1:07-cv-085 |
| West River Pumps, Inc., ) | |
| John Martinson, Dale Roller, ) | |
| and Kent Heinle, ) | |
| ) | |
| Defendants. ) | |

Before the Court is a "Stipulation to Dismiss" filed on September 1, 2009. The Court **ADOPTS** the stipulation in its entirety (Docket No. 67) and **ORDERS** the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 2nd day of September, 2009.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court